| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 ‹ | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
| Hughes, Lynn N | Southern District of Texas | 8/13/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
| District Judge | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2007 to 12/31/2007 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
| Suite 11122 515 Rusk Avenue Houston, Texas 77002-2605 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Independent Executor | Estate Four██████ no interest, no compensation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |



12·01·08

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Geo. Mason Univ. Law & Economics Center | 07/12-15 | | | Sedona, travel, room, board. Lincoln as President |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/13/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ** Land ******* | | ******* | | | ******* | | | | ******* |
| 2. Tract One, grazing, Colorado County, Texas | C | Rent | M | R | Devise | | | | 12/30/1991 $185,500 |
| 3. Tract Two, rice, Colorado & Wharton Counties, Texas | E | Rent | N | R | Devise | | | | 12/30/1991 $332,112 |
| 4. Tract Three, store, Colorado County, Texas | | | | | | | | | Sold in 2005 |
| 5. Tract Three, Mortgage | | | | | | | | | Paid in 2006 |
| 6. ** IRA One ******* | | ******* | | | ******* | | | | ******* |
| 7. Alliance Bernstein Tech | A | Distribution | | | Sell | 8/1 | K | | |
| 8. Jennison 20/20 Focus | A | Distribution | | | Sell | 8/1 | K | D | |
| 9. Van Kampen Emerging Markets | A | Distribution | | | Sell | 8/1 | L | E | |
| 10. FundSource | A | Distribution | L | T | Buy | 8/3 | L | | |
| 11. ** IRA Two ******** | | ******* | | | ******** | | | | ********* |
| 12. Strategic Partners Opr. | B | Distribution | | | Sell | 8/1 | K | A | |
| 13. FundSource | A | Distribution | K | T | Buy | 8/3 | K | | |
| 14. ** Equities One ***** | | ******* | | | ******** | | | | ******* |
| 15. Sun Micro | | None | K | T | | | | | |
| 16. Prosperity Bancshares | A | Dividend | L | T | | | | | |
| 17. Chevron | C | Dividend | M | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo & Co | E | Dividend | P1 | T | | | | | |
| 19. ** Equities Two ******* | | ******** | | | ****** | | | | ****** |
| 20. Wells Fargo & Co | C | Dividend | O | T | | | | | |
| 21. ** Estate Four ****** | | ******* | | | ******** | | | | ******* |
| 22. UBS Cashfund | A | Interest | J | T | | | | | Note One |
| 23. Putnam Global Equity | A | Distribution | J | T | | | | | |
| 24. Templeton Growth | A | Distribution | L | T | | | | | |
| 25. ** Mutual Funds One ******* | | ******* | | | ******** | | | | ******** |
| 26. AIM International Growth | C | Distribution | N | T | | | | | |
| 27. AIM International Fund-Asia | C | Distribution | O | T | | | | | |
| 28. Belmar Capital Fund LLC | D | Distribution | P1 | T | | | | | |
| 29. Jennison Equity Opportunity | A | Distribution | L | T | Sell Partizl | 12/19 | N | | Partial |
| 30. AIM Basic Value | C | Distribution | O | T | | | | | |
| 31. Jennison US Emerging now Mid Cap Growth | A | Distribution | N | T | | | | | |
| 32. Pioneer | A | Distribution | N | T | | | | | |
| 33. Legg Mason Aggressive Growth | A | Distribution | O | T | | | | | |
| 34. AIM Developing Markets | C | Distribution | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. **** Minerals ************* | | NONE | | | *********** | | | | ****************** |
| 36. MI-03  ~~MI-17 in 2006~~  *renumbered becase it was deleted inadvertently* | | | | | Shut | | | | Everest Minerals-Whit |
| 37. MI-10 | A | Royalty | J | W | | | | | Prod Gather SJ Basin |
| 38. MI-16 | A | Royalty | J | W | | | | | Blue Door |
| 39. MI-19 | A | Royalty | J | W | | | | | McLane |
| 40. MI-21 | B | Royalty | K | W | | | | | Sun Oil |
| 41. MI-22 | B | Royalty | J | W | | | | | Devon Energy |
| 42. MI-31 | | NONE | | | Shut | | | | Wagner Oil Shier |
| 43. MI-33 | | NONE | | | Undrilled | | | | Dudley Land Co. |
| 44. MI-35 | D | Royalty | L | W | | | | | Everest-Thoro-Brown |
| 45. MI-36 | B | Royalty | K | W | Reopened | | | | Flint Hills |
| 46. MI-37 | A | Royalty | J | W | Reopened | | | | ConocoPhillips |
| 47. *** Money Market Funds *** | | ********* | | | ******** | | | | ******** |
| 48. Wachovia | D | Interest | L | T | | | | | Note One |
| 49. ** Bank Accounts ******* | | ******* | | | ********* | | | | ******* |
| 50. JPMorgan-Chase | A | Interest | K | T | | | | | |
| 51. Compass Bank - T | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Compass Bank - G | A | Interest | K | T | | | | | |
| 53. Compass Bank - P | | NONE | | | Closed | | | | ▆▆▆ account merged G |
| 54. Wells Fargo | D | Interest | M | T | | | | | |
| 55. | | | | | | | | | |
| 56. ** Mutual Funds Two ****** | | ********* | | | ******** | | | | ******* |
| 57. Delaware US Growth | A | Distribution | O | T | | | | | |
| 58. Delaware International Equity | C | Distribution | M | T | | | | | |
| 59. Delaware Trend | A | Distribution | N | T | Sell PARTIAL | 12/20 | M | | Partial |
| 60. Van Kampen Emerging Markets | | NONE | M | T | | | | | |
| 61. Delaware Small Cap Value | | NONE | N | T | | | | | |
| 62. Jennison Equity Opportunity | D | Distribution | M | T | Sell | 1/29 | M | D | |
| 63. Delaware Divers Value | D | Distribution | O | T | | | | | |
| 64. Delaware Golbal Value | B | Distribution | M | T | Buy | 1/29 | M | | |
| 65. Dryden Global Real Estate | A | Distribution | | | Buy | 1/29 | M | | |
| 66. Dryden Gloval Real Estate | | NONE | | | Sell | 12/19 | M | | |
| 67. ** Goverment Bonds ******* | | ******* | | | ******** | | | | ******* |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2.500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. Round Rock, Texas, ISD | A | Interest | | | Redemption | 8/1 | K | | |
| 72. Arizona Student Housing | C | Interest | L | T | | | | | |
| 73. Bell County, Texas | | NONE | | | Redemption | 2/1 | K | | |
| 74. Cinco, Texas Mun Util Dist | C | Interest | K | T | | | | | |
| 75. | | | | | | | | | |
| 76. Illinois Health - 2 | A | Interest | | T | Redemption | 4/4 | K | | |
| 77. | | | | | | | | | |
| 78. Idaho Housing | | None + Interest | | | Redemption | 1/2 | J | | |
| 79. Waller, Texas, ISD | B | Interest | K | T | | | | | |
| 80. Maine 2000 | C | Interest | L | T | | | | | |
| 81. Carrolton, Texas | B | Interest | K | T | | | | | |
| 82. New Braunfels - 2 | B | Interest | K | T | | | | | |
| 83. ** End ******* | | ******* | | | ******** | | | | ************* |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note One: Cash balances in brokerage and bank accounts are swept into money-markets funds or minuicipal money-market funds.

Note Two: Capital gains in mutual funds are automatically reinvested.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

12 01 08

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hughes, Lynn N | 2. Court or Organization<br><br>Southern District of Texas | 3. Date of Report<br><br>8/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Suite 11122<br>515 Rusk Avenue<br>Houston, Texas 77002-2605 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Independent Executor | Estate Four (███), no interest, no compensation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 AUG 25 A 11:11 JUDICIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Geo. Mason Univ. Law & Economics Center | 07/12-15 | | | Sedona, travel, room, board. Lincoln as President |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ** Land ******* | | ******* | | | ******* | | | | ******* |
| 2. Tract One, grazing, Colorado County, Texas | C | Rent | M | R | Devise | | | | 12/30/1991 $185,500 |
| 3. Tract Two, rice, Colorado & Wharton Counties, Texas | E | Rent | N | R | Devise | | | | 12/30/1991 $332,112 |
| 4. Tract Three, store, Colorado County, Texas | | | | | | | | | Sold in 2005 |
| 5. Tract Three, Mortgage | | | | | | | | | Paid in 2006 |
| 6. ** IRA One ******* | | ******* | | | ******* | | | | ******* |
| 7. Alliance Bernstein Tech | A | Distribution | | | Sell | 8/1 | K | | |
| 8. Jennison 20/20 Focus | A | Distribution | | | Sell | 8/1 | K | D | |
| 9. Van Kampen Emerging Markets | A | Distribution | | | Sell | 8/1 | L | E | |
| 10. FundSource | A | Distribution | L | T | Buy | 8/3 | L | | |
| 11. ** IRA Two ******** | | ******* | | | ******** | | | | ********* |
| 12. Strategic Partners Opr. | B | Distribution | | | Sell | 8/1 | K | A | |
| 13. FundSource | A | Distribution | K | T | Buy | 8/3 | K | | |
| 14. ** Equities One ***** | | ******* | | | ******** | | | | ******* |
| 15. Sun Micro | | | K | T | | | | | |
| 16. Prosperity Bancshares | A | Dividend | L | T | | | | | |
| 17. Chevron | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Wells Fargo & Co | E | Dividend | P1 | T | | | | | |
| 19. ** Equities Two ******* | | ******** | | | ****** | | | | ****** |
| 20. Wells Fargo & Co | C | Dividend | O | T | | | | | |
| 21. ** Estate Four ****** | | ******* | | | ******** | | | | ******* |
| 22. UBS Cashfund | A | Interest | J | T | | | | | Note One |
| 23. Putnam Global Equity | A | Distribution | J | T | | | | | |
| 24. Templeton Growth | A | Distribution | L | T | | | | | |
| 25. ** Mutual Funds One ******* | | ******* | | | ******** | | | | ******** |
| 26. AIM International Growth | C | Distribution | N | T | | | | | |
| 27. AIM International Fund-Asia | C | Distribution | O | T | | | | | |
| 28. Belmar Capital Fund LLC | D | Distribution | P1 | T | | | | | |
| 29. Jennison Equity Opportunity | A | Distribution | L | T | Sell | 12/19 | N | | Partial |
| 30. AIM Basic Value | C | Distribution | O | T | | | | | |
| 31. Jennison US Emerging now Mid Cap Growth | A | Distribution | N | T | | | | | |
| 32. Pioneer | A | Distribution | N | T | | | | | |
| 33. Legg Mason Aggressive Growth | A | Distribution | O | T | | | | | |
| 34. AIM Developing Markets | C | Distribution | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. \*\*\*\* Minerals \*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | \*\*\*\*\*\*\*\*\*\*\*\* | | | | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* |
| 36. MI-03 | | | | | Shut | | | | Everest Minerals-Whit |
| 37. MI-10 | A | Royalty | J | W | | | | | Prod Gather SJ Basin |
| 38. MI-16 | A | Royalty | J | W | | | | | Blue Door |
| 39. MI-19 | A | Royalty | J | W | | | | | McLane |
| 40. MI-21 | B | Royalty | K | W | | | | | Sun Oil |
| 41. MI-22 | B | Royalty | J | W | | | | | Devon Energy |
| 42. MI-31 | | | | | Shut | | | | Wagner Oil Shier |
| 43. MI-33 | | | | | Undrilled | | | | Dudley Land Co. |
| 44. MI-35 | D | Royalty | L | W | | | | | Everest-Thoro-Brown |
| 45. MI-36 | B | Royalty | K | W | Reopened | | | | Flint Hills |
| 46. MI-37 | A | Royalty | J | W | Reopened | | | | ConocoPhillips |
| 47. \*\*\* Money Market Funds \*\*\* | | \*\*\*\*\*\*\*\*\* | | | \*\*\*\*\*\*\*\* | | | | \*\*\*\*\*\*\*\* |
| 48. Wachovia | D | Interest | L | T | | | | | Note One |
| 49. \*\* Bank Accounts \*\*\*\*\*\*\* | | \*\*\*\*\*\*\* | | | \*\*\*\*\*\*\*\*\* | | | | \*\*\*\*\*\*\* |
| 50. JPMorgan-Chase | A | Interest | K | T | | | | | |
| 51. Compass Bank - T | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Compass Bank - G | A | Interest | K | T | | | | | |
| 53. Compass Bank - P | | | | | Closed | | | | ████ account merged G |
| 54. Wells Fargo | D | Interest | M | T | | | | | |
| 55. | | | | | | | | | |
| 56. ** Mutual Funds Two ****** | | ********* | | | ******** | | | | ******* |
| 57. Delaware US Growth | A | Distribution | O | T | | | | | |
| 58. Delaware International Equity | C | Distribution | M | T | | | | | |
| 59. Delaware Trend | A | Distribution | N | T | Sell | 12/20 | M | | Partial |
| 60. Van Kampen Emerging Markets | | | M | T | | | | | |
| 61. Delaware Small Cap Value | | | N | T | | | | | |
| 62. Jennison Equity Opportunity | D | Distribution | M | T | Sell | 1/29 | M | D | |
| 63. Delaware Divers Value | D | Distribution | O | T | | | | | |
| 64. Delaware Golbal Value | B | Distribution | M | T | Buy | 1/29 | M | | |
| 65. Dryden Global Real Estate | A | Distribution | | | Buy | 1/29 | M | | |
| 66. Dryden Gloval Real Estate | | | | | Sell | 12/19 | M | | |
| 67. ** Goverment Bonds ******* | | ******* | | | ******** | | | | ******* |
| 68. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. Round Rock, Texas, ISD | A | Interest | | | Redemption | 8/1 | K | | |
| 72. Arizona Student Housing | C | Interest | L | T | | | | | |
| 73. Bell County, Texas | | | | | Redemption | 2/1 | K | | |
| 74. Cinco, Texas Mun Util Dist | C | Interest | K | T | | | | | |
| 75. | | | | | | | | | |
| 76. Illinois Health - 2 | A | Interest | | T | Redemption | 4/4 | K | | |
| 77. | | | | | | | | | |
| 78. Idaho Housing | | | | | Redemption | 1/2 | J | | |
| 79. Waller, Texas, ISD | B | Interest | K | T | | | | | |
| 80. Maine 2000 | C | Interest | L | T | | | | | |
| 81. Carrolton, Texas | B | Interest | K | T | | | | | |
| 82. New Braunfels - 2 | B | Interest | K | T | | | | | |
| 83. ** End ******* | | ******* | | | ******** | | | | ************* |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N | 8/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note One: Cash balances in brokerage and bank accounts are swept into money-markets funds or minuicipal money-market funds.

Note Two: Capital gains in mutual funds are automatically reinvested.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544